FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18 PM 2:04

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALFRED ALEXANDRA, ET AL** | * | NO.: 01-CV-1278 |
| versus | * | SECTION: "L" |
| **WARNER-LAMBERT COMPANY, ET AL** | * | MAG. |

* * * * * * * * * * * * * * *

## ANSWER TO PETITION FOR DAMAGES

COMES NOW Ragusa Pharmacy, through undersigned counsel, who answers the Petition for Damages as follows:

I.

The allegations of paragraph 1 are denied for lack of sufficient information to justify a belief therein.

II.

The allegations of paragraph 2 are denied for lack of sufficient information to justify a belief therein.

III.

The allegations of paragraph 3 are denied for lack of sufficient information to justify a belief therein.



IV.

The allegations of paragraph 4 are denied for lack of sufficient information to justify a belief therein.

V.

The allegations of paragraph 5 are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations of paragraph 6 are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations of paragraph 7 are denied for lack of sufficient information to justify a belief therein.

VIII.

The allegations of paragraph 8 are denied.

IX.

The allegations of paragraph 9 are denied for lack of sufficient information to justify a belief therein.

X.

The allegations of paragraph 10 are denied for lack of sufficient information to justify a belief therein.

XI.

The allegations of paragraph 11 are denied for lack of sufficient information to justify a belief therein.

XII.

The allegations of paragraph 12 are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations of paragraph 13 are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations of paragraph 14 are denied for lack of sufficient information to justify a belief therein.

XV.

The allegations of paragraph 15 are denied for lack of sufficient information to justify a belief therein.

XVI.

The allegations of paragraph 16 are denied for lack of sufficient information to justify a belief therein.

XVII.

The allegations of paragraph 17 are denied for lack of sufficient information to justify a belief therein.

XVIII.

The allegations of paragraph 18 are denied for lack of sufficient information to justify a belief therein.

IXX.

The allegations of paragraph 19 are denied.

XX.

The allegations of paragraph 20 are denied.

XXI.

The allegations of paragraph 21 are denied for lack of sufficient information to justify a belief therein.

XXII.

The allegations of paragraph 22 are denied for lack of sufficient information to justify a belief therein.

XXIII.

The allegations of paragraph 23 are denied for lack of sufficient information to justify a belief therein.

XXIV.

The allegations of paragraph 24 are denied for lack of sufficient information to justify a belief therein.

XXV.

The allegations of paragraph 25 are denied for lack of sufficient information to justify a belief therein.

XXVI.

The allegations of paragraph 26 are denied for lack of sufficient information to justify a belief therein.

XXVII.

The allegations of paragraph 27 are denied for lack of sufficient information to justify a belief therein.

XXVIII.

The allegations of paragraph 28 are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations of paragraph 29 are denied for lack of sufficient information to justify a belief therein.

XXX.

The allegations of paragraph 30 are denied for lack of sufficient information to justify a belief therein.

XXXI.

The allegations of paragraph 31 are denied for lack of sufficient information to justify a belief therein.

XXXII.

The allegations of paragraph 32 are denied for lack of sufficient information to justify a belief therein.

XXXIII.

The allegations of paragraph 33 are denied for lack of sufficient information to justify a belief therein.

XXXIV.

The allegations of paragraph 34 are denied for lack of sufficient information to justify a belief therein.

XXXV.

The allegations of paragraph 35 are denied for lack of sufficient information to justify a belief therein.

XXXVI.

The allegations of paragraph 36 are denied for lack of sufficient information to justify a belief therein.

XXXVII.

The allegations of paragraph 37 are denied for lack of sufficient information to justify a belief therein.

XXXVIII.

The allegations of paragraph 38 are denied for lack of sufficient information to justify a belief therein.

XXXIX.

The allegations of paragraph 39 are denied for lack of sufficient information to justify a belief therein.

XL.

The allegations of paragraph 40 are denied for lack of sufficient information to justify a belief therein.

XLI.

The allegations of paragraph 41 are denied for lack of sufficient information to justify a belief therein.

XLII.

The allegations of paragraph 42 are denied for lack of sufficient information to justify a belief therein.

XLIII.

The allegations of paragraph 43 are denied for lack of sufficient information to justify a belief therein.

XLIV.

The allegations of paragraph 44 are denied for lack of sufficient information to justify a belief therein.

XLV.

The allegations of paragraph 45 are denied for lack of sufficient information to justify a belief therein.

XLVI.

The allegations of paragraph 46 are denied.

XLVII.

The allegations of paragraph 47 are denied for lack of sufficient information to justify a belief therein.

XLVIII.

The allegations of paragraph 48 are denied for lack of sufficient information to justify a belief therein.

XLIX.

The allegations of paragraph 49 are denied for lack of sufficient information to justify a belief therein.

L.

The allegations of paragraph 50 are denied for lack of sufficient information to justify a belief therein.

LI.

The allegations of paragraph 51 are denied for lack of sufficient information to justify a belief therein.

LII.

The allegations of paragraph 52 are denied.

LIII.

The allegations of paragraph 53 are denied

LIV.

The allegations of paragraph 54 are denied for lack of sufficient information to justify a belief therein.

LV.

The allegations of paragraph 55 are denied for lack of sufficient information to justify a belief therein.

LVI.

The allegations of paragraph 56 are denied for lack of sufficient information to justify a belief therein.

LVII.

The allegations of paragraph 57 are denied.

LVIII.

The allegations of paragraph 58 are denied for lack of sufficient information to justify a belief therein.

LIX.

The allegations of paragraph 59 are denied for lack of sufficient information to justify a belief therein.

LX.

The allegations of paragraph 60 are denied for lack of sufficient information to justify a belief therein.

LXI.

The allegations of paragraph 61(a)-(d) are denied for lack of sufficient information to justify a belief therein.

LXIII.

The allegations of paragraph 63 are denied.

9

LXIV.

The allegations of paragraph 64 are denied for lack of sufficient information to justify a belief therein.

LXV.

The allegations of paragraph 65 are denied for lack of sufficient information to justify a belief therein.

LXVI..

The allegations of paragraph 66 are denied for lack of sufficient information to justify a belief therein.

LXVII.

The allegations of paragraph 67 are denied for lack of sufficient information to justify a belief therein.

LXVIII.

The allegations of paragraph 68 are denied for lack of sufficient information to justify a belief therein.

LXIX.

The allegations of paragraph 69 are denied for lack of sufficient information to justify a belief therein.

LXX.

The allegations of paragraph 70 are denied.

LXXI.

The allegations of paragraph 71 are denied for lack of sufficient information to justify a belief therein.

LXXII.

The allegations of paragraph 72 are denied for lack of sufficient information to justify a belief therein.

LXXIII.

The allegations of paragraph 73, 1-7 are denied for lack of sufficient information to justify a belief therein.

LXXIV.

The allegations of paragraph 74 are denied for lack of sufficient information to justify a belief therein.

LXXV.

The allegations of paragraph 75 are denied for lack of sufficient information to justify a beleif therein.

LXXVI.

The allegations of paragraph 76(a) through (e) are denied for lack of sufficient information to justify a belief therein.

LXXVII.

The allegations of paragraph 80 are denied for lack of sufficient information to justify a belief therein.

LXXVIII.

The allegations of paragraph 81 are denied for lack of sufficient information to justify a belief therein.

LXXIX.

The allegations of paragraph 82 are denied for lack of sufficient information to justify a belief therein.

LXXX.

The allegations of paragraph 83 are denied for lack of sufficient information to justify a belief therein.

LXXXI.

The allegations of paragraph 84 are denied for lack of sufficient information to justify a belief therein.

LXXXII.

The allegations of paragraph 85, 1-7 are denied.

LXXXIII.

The allegations of paragraph 86 are denied for lack of sufficient information to justify a belief therein.

LXXXIV.

The allegations of paragraph 87 are denied for lack of sufficient information to justify a belief therein.

LXXXV.

The allegations of paragraph 88 are denied for lack of sufficient information to justify a belief therein.

LXXXVI.

The allegations of paragraph 89 are denied for lack of sufficient information to justify a belief therein.

LXXXVII.

The allegations of paragraph 90, 1-11 are denied for lack of sufficient information to justify a belief therein.

LXXXVIII.

The allegations of paragraph 91 are denied.

LXXXIX.

The allegations of paragraph 92 are denied.

XC.

Defendant requests a trial by jury on all issues in this case.

**EXCEPTIONS**

XCI.

Plaintiffs' claims have prescribed.

XCII.

Plaintiffs have failed to state a cause of action.

13

XCIII.

Plaintiffs have no cause of action against Ragusa Supermarket, Inc. due to the fact that it has never had any involvement as owner, operator or contractor or otherwise in the Ragusa Pharmacy.

XCIV.

Plaintiffs have failed to state a cause of action that would entitle them to medical monitoring.

**AFFIRMATIVE DEFENSES**

XCV.

In the alternative, plaintiffs' damages, which are specifically denied, were caused by or can be attributed to each plaintiff's own negligence, the particulars of which will be identified during the discovery process and/or the trial of this matter.

XCVI.

At all relevant times herein, Defendant denies that it was aware or should have been aware of any dangerous conditions, side effects, or reactions resulting from or surrounding the taking of the drug Rezulin, which are specifically denied. Defendant denies that it ever sold or gave the drug Rezulin to any of the plaintiffs.

XCVII.

Defendant avers that the alleged injuries which form the subject matter of this lawsuit were not caused, contributed to, or brought about as a result of any fault, negligence or want of care on the part of Defendant or any persons for whom the Defendant is or may be responsible. To the contrary, if there were any injuries, which are specifically denied, the

14

injuries which allegedly form the basis of this lawsuit were the result of the fault, negligence or want of care on the part of third persons or co-defendants over whom the answering Defendant is not responsible and for whose actions the answering Defendant has no legal liability.

XCVIII.

In the alternative, if the plaintiffs have, in fact, sustained any alleged injury, which is specifically denied, plaintiffs have contributed to these injuries by failing to take steps to mitigate same, by failing to report contra-indications, by failing to report reactions, by failing to follow directions, and by other acts which may be shown at the trial of this matter, thus barring or diminishing any recovery herein.

XCIX.

In the alternative, if plaintiffs have, in fact, sustained any alleged injury, which is specifically denied, third parties or other people, including co-defendants, over whom this Defendant has no control and for whom this Defendant is not responsible, have contributed to these injuries by failing to take steps to mitigate the same, by failing to provide proper directions, by failing to follow up with plaintiffs, and by acts which may be shown at the trial of this matter, thus barring or diminishing any liability on behalf of Defendant herein.

C.

In the alternative, and only if this Court finds the answering Defendant to be liable, which is specifically denied, then it is alleged that plaintiffs are guilty of comparative negligence.

WHEREFORE, Defendant, Ragusa Pharmacy prays that this Answer be deemed good and sufficient and that after all legal delays and due proceedings are had, that there be judgment herein in favor of Defendant and against plaintiffs, dismissing plaintiffs' claims at their costs, and for all costs of these proceedings and for all general and equitable relief. Defendant also prays for a trial by jury.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS & MORTON**

_____
GARY M. ZWAIN, (#13809)
MIRIAM K. McMICHAEL (#21770)
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone No.: (504) 832-3700
Facsimile No.: (504) 837-3119
Counsel for Ragusa Pharmacy

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon **all known** counsel of record by depositing same in the United States Mail, first class postage prepaid and properly addressed on this 18 day of July, 2001.

_____
MIRIAM K. McMICHAEL

16